IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>OHIOHEALTH CORPORATION d/b/a RIVERSIDE METHODIST HOSPITALS,<br><br>　　　　Defendant.<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) CASE NO. 2:13-cv-780 (GLF)(NMK)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF FILING ADDITIONAL ATTACHMENTS TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT, ECF. NO. 59**

Plaintiff hereby attaches Exhibit No. 19-30 to its Motion for Summary Judgment, ECF No. 59 because the size limitations of the ECF filing system would not allow the party to attach all the corresponding exhibits with the above-referenced motion.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　s/Keyana C. Laws
　　　　　　　　　　　　　　　　　　　KEYANA C. LAWS
　　　　　　　　　　　　　　　　　　　Trial Attorney
　　　　　　　　　　　　　　　　　　　EQUAL EMPLOYMENT
　　　　　　　　　　　　　　　　　　　OPPORTUNITY COMMISSION

        Philadelphia District Office
        801 Market Street, Suite 1300
        Philadelphia, PA  19107
        Phone:      (215) 440-2642
        Fax:        (215) 440-2848
        Keyana.Laws@eeoc.gov


        s/Debra M. Lawrence
        DEBRA M. LAWRENCE
        Regional Attorney

        s/Maria Luisa Morocco
        MARIA LUISA MOROCCO
        Supervisory Trial Attorney

        EEOC Baltimore Field Office
        10 S. Howard Street, 3rd Floor
        Baltimore, Maryland 21201