IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, </br></br> Plaintiff, </br></br> v. </br></br> OHIOHEALTH CORPORATION d/b/a RIVERSIDE METHODIST HOSPITALS, </br></br> Defendant. | CASE NO. 2:13-cv-780 (GLF)(NMK) |

**NOTICE OF FILING ADDITIONAL ATTACHMENTS TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT, ECF. NO. 59**

Plaintiff hereby attaches Exhibits 1-6 to the Declaration of Emily Ramirez-Soto which is attached to its Motion for Summary Judgment, ECF No. 59 because the size limitations of the ECF filing system would not allow the party to attach all the corresponding exhibits with the above-referenced motion.

Respectfully submitted,

s/Keyana C. Laws
KEYANA C. LAWS
Trial Attorney

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Philadelphia District Office
801 Market Street, Suite 1300
Philadelphia, PA  19107
Phone:	(215) 440-2642
Fax:	(215) 440-2848
[Keyana.Laws@eeoc.gov](Keyana.Laws@eeoc.gov)


s/Debra M. Lawrence
DEBRA M. LAWRENCE
Regional Attorney

s/Maria Luisa Morocco
MARIA LUISA MOROCCO
Supervisory Trial Attorney

EEOC Baltimore Field Office
10 S. Howard Street, 3rd Floor
Baltimore, Maryland 21201

2