

# Job Opening

| | | | |
|---|---|---|---|
| **Posting Title:** | Food Svce Worker | **Job Opening ID:** | 902540 |
| **Job Opening Status:** | 110-Filled/Closed | **Job Type:** | Standard |
| **Job Title:** | | **Job Code:** | 6084 |
| **Position Number:** | 00002843   Food Service Worker II | | |
| **Business Unit:** | GTHSP   Grant Medical Center | | |
| | | **HCS Job Family** | |
| | | **HCS Job Type** | |
| **Job Profile ID:** | BASE      OhioHealth Base Profile | | |

Save      Create New      Previous Job Opening | Next Job Opening | Job Opening List

Manage Applicants | Find Applicants | Activity & Attachments | Job Opening Details

| Job Details | Job Posting | Education | License/Certs | Competencies |
|---|---|---|---|---|
| Screening | Employment Team | Approvals | | |

**Opening Information**

| | | |
|---|---|---|
| **Job Opening Type:** | Standard Requisition | |
| **Created By:** | 54882 | Stephanie Novosad |
| **Created:** | 12/01/2009 | |
| **Openings to Fill:** | Limited | |
| **Target Openings:** | 1 | |
| **Available Openings:** | 0 | |
| **Establishment ID** | | |
| **Business Unit:** | GTHSP | Grant Medical Center |
| **Position Number:** | 00002843 | Food Service Worker II |
| **Job Code:** | 6084 | |
| **Company:** | 010 | OhioHealth Corporation |
| **Department:** | 83010 | Nutrition Services |
| **Location:** | GMC001 | Grant Medical Center |
| **Recruiting Location:** | 1 | Grant Medical Center |
| | Add Additional Locations | |
| **Status Code:** | 110-Filled/Closed | |
| **Status Reason:** | | |
| **Status Date:** | 03/22/2010 | |

EEOC v. OHC 04287

| Desired Start Date: | 12/01/2009 |
| Encumb. Dt: | |
| Projected Fill Date: | |
| Date Authorized: | 12/07/2009 |
| Referral Program ID: | Base |
| Recruitment Contact: | |

**Employees Being Replaced**  Customize | Find | 🎞  First ◀ 1 of 1 ▶ Last

| Name | EmplID |
| --- | --- |
| Sharon Dayton | 03797 |

[+] Add Employees Being Replaced

**Additional Job Specifications**           Find | View All   First ◀ 1 of 1 ▶ Last

**Staffing Information**

| Region: | USA |
| Schedule Type: | Full-Time |
| Regular/Temporary: | Regular |
| Begin Date: | |
| End Date: | |
| Shift: | day |
| Hours: | 40.00 |
| Work Period: | Weekly |
| Travel Percentage: | None |
| FLSA Status: | |

**Salary Information**

| Salary Admin Plan: | OHS |
| From Grade: | 313 |
| From Step: | |
| To Grade: | |
| To Step: | |
| Salary Range From: | 9.130000 | (Default From Job Code) |
| Salary Range To: | 13.750000 | (Default From Job Code) |
| Pay Frequency: | Hour |
| Currency: | US Dollar |

Find | View All   First ◀ 1 of 1 ▶ Last

Job Details     Job Posting     Education     License/Certs     Competencies

EEOC v. OHC 04288

Screening    **Employment Team** Approvals

**Manage Applicants** | **Find Applicants** | **Activity & Attachments** | Job Opening Details

🖫 Save    🖳 Create New    Previous Job Opening  |Next Job Opening  |Job Opening List

EEOC v. OHC 04289



# Job Opening

| | | | |
|---|---|---|---|
| **Posting Title:** | Patient Support Assistant | **Job Opening ID:** | 902564 |
| **Job Opening Status:** | 110-Filled/Closed | **Job Type:** | Standard |
| **Job Title:** | Patient Support Assistant | **Job Code:** | 5056 |
| **Position Number:** | 00010587   Patient Support Assistant | | |
| **Business Unit:** | DRHSP   Doctors Hospital | | |
| | | **HCS Job Family** | Patient Care |
| | | **HCS Job Type** | Clinical |

**Job Profile ID:**

🖫 Save        🖫 Create New        Previous Job Opening  |Next Job Opening  |Job Opening List

Manage Applicants | Find Applicants | Activity & Attachments | Job Opening Details

| | | | | |
|---|---|---|---|---|
| Job Details | Job Posting | Education | License/Certs | Competencies |
| Screening | Employment Team | Approvals | | |

| **Opening Information** | |
|---|---|
| **Job Opening Type:** | Standard Requisition |
| **Created By:** | 62824        Deborah Wortz |
| **Created:** | 12/03/2009 |
| **Openings to Fill:** | Limited |
| **Target Openings:** | 1 |
| **Available Openings:** | 0 |
| **Establishment ID** | |
| **Business Unit:** | DRHSP      Doctors Hospital |
| **Position Number:** | 00010587       Patient Support Assistant |
| **Job Code:** | 5056        Patient Support Assistant |
| **Company:** | 010      OhioHealth Corporation |
| **Department:** | 14070            Medical 4th Floor West |
| **Location:** | DRW001          Doctors Hospital |
| **Recruiting Location:** | 54      Doctors Hospital |
| | Add Additional Locations |
| **Status Code:** | 110-Filled/Closed |
| **Status Reason:** | |
| **Status Date:** | 01/20/2010 |

EEOC v. OHC 04331

| Desired Start Date: | 12/03/2009 |
|---|---|
| Encumb. Dt: | |
| Projected Fill Date: | |
| Date Authorized: | 12/04/2009 |
| Referral Program ID: | Base |
| Recruitment Contact: | |

**Employees Being Replaced**   Customize | Find | 🔠   First ◀ 1 of 1 ▶ Last

| Name | EmplID |
|---|---|
| Tonya Holmes | 64407 |

➕ Add Employees Being Replaced

**Additional Job Specifications**   Find | View All   First ◀ 1 of 1 ▶ Last

**Staffing Information**

| Region: | USA |
|---|---|
| Schedule Type: | Part-Time |
| Regular/Temporary: | Regular |
| Begin Date: | |
| End Date: | |
| Shift: | day |
| Hours: | 24.00 |
| Work Period: | Weekly |
| Travel Percentage: | None |
| FLSA Status: | |

**Salary Information**

| Salary Admin Plan: | OHS | |
|---|---|---|
| From Grade: | 519 | |
| From Step: | | |
| To Grade: | | |
| To Step: | | |
| Salary Range From: | 9.980000 | (Default From Job Code) |
| Salary Range To: | 16.410000 | (Default From Job Code) |
| Pay Frequency: | Hour | |
| Currency: | US Dollar | |

Find | View All   First ◀ 1 of 1 ▶ Last

Job Details    **Job Posting**    Education    **License/Certs**    **Competencies**

EEOC v. OHC 04332

Screening        Employment Team  Approvals

Manage Applicants | Find Applicants | Activity & Attachments | Job Opening Details

🖫 Save              📇 Create New      Previous Job Opening  | Next Job Opening  | Job Opening List

EEOC v. OHC 04333



# Job Opening

| | | | | |
|---|---|---|---|---|
| **Posting Title:** | Sitter | | **Job Opening ID:** | 902588 |
| **Job Opening Status:** | 110-Filled/Closed | | **Job Type:** | Standard |
| **Job Title:** | Patient Companion | | **Job Code:** | 6019 |
| **Position Number:** | 00021652  Cardiac Sonographer | | | |
| **Business Unit:** | GTHSP  Grant Medical Center | | | |
| | | | **HCS Job Family** | Technical Professional |
| | | | **HCS Job Type** | Non-clinic |

**Job Profile ID:**

---

💾 Save        📋 Create New        Previous Job Opening   |Next Job Opening   |Job Opening List

Manage Applicants | Find Applicants | Activity & Attachments | Job Opening Details

| Job Details | Job Posting | Education | License/Certs | Competencies |
|---|---|---|---|---|
| Screening | Employment Team | Approvals | | |

**Opening Information**

| | | |
|---|---|---|
| **Job Opening Type:** | Standard Requisition | |
| **Created By:** | 24214 | Terri Martin |
| **Created:** | 12/04/2009 | |
| **Openings to Fill:** | Limited | |
| **Target Openings:** | 1 | |
| **Available Openings:** | 0 | |
| **Establishment ID** | | |
| **Business Unit:** | GTHSP | Grant Medical Center |
| **Position Number:** | 00021652 | Cardiac Sonographer |
| **Job Code:** | 6019 | Patient Companion |
| **Company:** | 010 | OhioHealth Corporation |
| **Department:** | 26150 | Response Team |
| **Location:** | GMC001 | Grant Medical Center |
| **Recruiting Location:** | 1 | Grant Medical Center |
| | Add Additional Locations | |
| **Status Code:** | 110-Filled/Closed | |
| **Status Reason:** | | |

EEOC v. OHC 04369

|  | 02/05/2010 |
| --- | --- |
| Desired Start Date: | 12/04/2009 |
| Encumb. Dt: | |
| Projected Fill Date: | |
| Date Authorized: | 12/10/2009 |
| Referral Program ID: | Base |
| Recruitment Contact: | |

**Employees Being Replaced**              Customize | Find | ▦       First ◀ 1 of 1 ▶ Last
**Name**                                                                           **EmplID**

⊞ Add Employees Being Replaced

**Additional Job Specifications**                    Find | View All       First ◀ 1 of 1 ▶ Last

**Staffing Information**

| Region: | USA |
| --- | --- |
| Schedule Type: | Contingent |
| Regular/Temporary: | Regular |
| Begin Date: | |
| End Date: | |
| Shift: | day |
| Hours: | 1.00 |
| Work Period: | Weekly |
| Travel Percentage: | None |
| FLSA Status: | |

**Salary Information**

| Salary Admin Plan: | OHS | | |
| --- | --- | --- | --- |
| From Grade: | 313 | | |
| From Step: | | | |
| To Grade: | | | |
| To Step: | | | |
| Salary Range From: | | 9.130000 | (Default From Job Code) |
| Salary Range To: | | 13.750000 | (Default From Job Code) |
| Pay Frequency: | Hour | | |
| Currency: | US Dollar | | |

Find | View All       First ◀ 1 of 1 ▶ Last

EEOC v. OHC 04370

| Job Details | Job Posting | Education | License/Certs | Competencies |
|---|---|---|---|---|
| Screening | Employment Team | Approvals | | |

Manage Applicants | Find Applicants | Activity & Attachments | Job Opening Details

🖫 Save      🗗 Create New     Previous Job Opening  |Next Job Opening  |Job Opening List

EEOC v. OHC 04371



# Job Opening

| | | | |
|---|---|---|---|
| **Posting Title:** | Sitter | **Job Opening ID:** | 902590 |
| **Job Opening Status:** | 110-Filled/Closed | **Job Type:** | Standard |
| **Job Title:** | Patient Companion | **Job Code:** | 6019 |
| **Position Number:** | 00021652  Cardiac Sonographer | | |
| **Business Unit:** | GTHSP   Grant Medical Center | | |
| | | **HCS Job Family** | Technical Professional |
| | | **HCS Job Type** | Non-clinic |

**Job Profile ID:**

---

🖫 Save          📇 Create New     Previous Job Opening  |Next Job Opening  |Job Opening List

Manage Applicants | Find Applicants | Activity & Attachments | Job Opening Details

| Job Details | Job Posting | Education | License/Certs | Competencies |
|---|---|---|---|---|
| Screening | Employment Team | Approvals | | |

**Opening Information**

| | | |
|---|---|---|
| **Job Opening Type:** | Standard Requisition | |
| **Created By:** | 24214 | Terri Martin |
| **Created:** | 12/04/2009 | |
| **Openings to Fill:** | Limited | |
| **Target Openings:** | 1 | |
| **Available Openings:** | 0 | |
| **Establishment ID** | | |
| **Business Unit:** | GTHSP | Grant Medical Center |
| **Position Number:** | 00021652 | Cardiac Sonographer |
| **Job Code:** | 6019 | Patient Companion |
| **Company:** | 010 | OhioHealth Corporation |
| **Department:** | 26150 | Response Team |
| **Location:** | GMC001 | Grant Medical Center |
| **Recruiting Location:** | 1 | Grant Medical Center |
| | Add Additional Locations | |
| **Status Code:** | 110-Filled/Closed | |
| **Status Reason:** | | |

EEOC v. OHC 04374

|  | 02/05/2010 |
| --- | --- |
| **Desired Start Date:** | 12/04/2009 |
| **Encumb. Dt:** | |
| **Projected Fill Date:** | |
| **Date Authorized:** | 12/10/2009 |
| **Referral Program ID:** | Base |
| **Recruitment Contact:** | |

| **Employees Being Replaced** | Customize \| Find \| 🔠 | First ◀ 1 of 1 ▶ Last |
| --- | --- | --- |
| **Name** | | **EmplID** |

➕ Add Employees Being Replaced

---

| **Additional Job Specifications** | | Find \| View All | First ◀ 1 of 1 ▶ Last |
| --- | --- | --- | --- |

| **Staffing Information** | |
| --- | --- |
| **Region:** | USA |
| **Schedule Type:** | Contingent |
| **Regular/Temporary:** | Regular |
| **Begin Date:** | |
| **End Date:** | |
| **Shift:** | day |
| **Hours:** | 1.00 |
| **Work Period:** | Weekly |
| **Travel Percentage:** | None |
| **FLSA Status:** | |

| **Salary Information** | | |
| --- | --- | --- |
| **Salary Admin Plan:** | OHS | |
| **From Grade:** | 313 | |
| **From Step:** | | |
| **To Grade:** | | |
| **To Step:** | | |
| **Salary Range From:** | 9.130000 | (Default From Job Code) |
| **Salary Range To:** | 13.750000 | (Default From Job Code) |
| **Pay Frequency:** | Hour | |
| **Currency:** | US Dollar | |

Find \| View All          First ◀ 1 of 1 ▶ Last

---

EEOC v. OHC 04375

Job Details      Job Posting        Education        License/Certs      Competencies
Screening        Employment Team    Approvals

Manage Applicants | Find Applicants | Activity & Attachments | Job Opening Details

🖫 Save            📑 Create New        Previous Job Opening  | Next Job Opening  | Job Opening List

EEOC v. OHC 04376

# Job Opening

| | | | |
|---|---|---|---|
| **Posting Title:** | Sitter | **Job Opening ID:** | 902593 |
| **Job Opening Status:** | 110-Filled/Closed | **Job Type:** | Standard |
| **Job Title:** | Patient Companion | **Job Code:** | 6019 |
| **Position Number:** | 00021652   Cardiac Sonographer | | |
| **Business Unit:** | GTHSP   Grant Medical Center | | |
| | | **HCS Job Family** | Technical Professional |
| | | **HCS Job Type** | Non-clinic |

**Job Profile ID:**

---

🖫 Save          🖫 Create New          Previous Job Opening  |Next Job Opening  |Job Opening List

---

Manage Applicants | Find Applicants | Activity & Attachments | Job Opening Details

| Job Details | Job Posting | Education | License/Certs | Competencies |
|---|---|---|---|---|
| Screening | Employment Team | Approvals | | |

**Opening Information**

| | | |
|---|---|---|
| **Job Opening Type:** | Standard Requisition | |
| **Created By:** | 24214 | Terri Martin |
| **Created:** | 12/04/2009 | |
| **Openings to Fill:** | Limited | |
| **Target Openings:** | 1 | |
| **Available Openings:** | 0 | |
| **Establishment ID** | | |
| **Business Unit:** | GTHSP | Grant Medical Center |
| **Position Number:** | 00021652 | Cardiac Sonographer |
| **Job Code:** | 6019 | Patient Companion |
| **Company:** | 010 | OhioHealth Corporation |
| **Department:** | 26150 | Response Team |
| **Location:** | GMC001 | Grant Medical Center |
| **Recruiting Location:** | 1 | Grant Medical Center |
| | Add Additional Locations | |

| | |
|---|---|
| **Status Code:** | 110-Filled/Closed |
| **Status Reason:** | |

EEOC v. OHC 04389

|                         | 02/01/2010 |
|-------------------------|------------|
| Desired Start Date:     | 12/04/2009 |
| Encumb. Dt:             |            |
| Projected Fill Date:    |            |
| Date Authorized:        | 12/10/2009 |
| Referral Program ID:    | Base       |
| Recruitment Contact:    |            |

| Employees Being Replaced | Customize \| Find \| 🔳   First ◀ 1 of 1 ▶ Last |
|--------------------------|----------------------------------------------|
| **Name**                 | **EmplID**                                   |

⊞ Add Employees Being Replaced

**Additional Job Specifications**                    Find \| View All    First ◀ 1 of 1 ▶ Last

| Staffing Information |            |
|---------------------|------------|
| Region:             | USA        |
| Schedule Type:      | Contingent |
| Regular/Temporary:  | Regular    |
| Begin Date:         |            |
| End Date:           |            |
| Shift:              | day        |
| Hours:              | 1.00       |
| Work Period:        | Weekly     |
| Travel Percentage:  | None       |
| FLSA Status:        |            |

| Salary Information  |           |           |                            |
|---------------------|-----------|-----------|----------------------------|
| Salary Admin Plan:  | OHS       |           |                            |
| From Grade:         | 313       |           |                            |
| From Step:          |           |           |                            |
| To Grade:           |           |           |                            |
| To Step:            |           |           |                            |
| Salary Range From:  |           | 9.130000  | (Default From Job Code)    |
| Salary Range To:    |           | 13.750000 | (Default From Job Code)    |
| Pay Frequency:      | Hour      |           |                            |
| Currency:           | US Dollar |           |                            |

Find \| View All    First ◀ 1 of 1 ▶ Last

EEOC v. OHC 04390

| Job Details | Job Posting | Education | License/Certs | Competencies |
| --- | --- | --- | --- | --- |
| Screening | Employment Team | Approvals | | |

Manage Applicants | Find Applicants | Activity & Attachments | Job Opening Details

🖫 Save          🖫 Create New          Previous Job Opening  |Next Job Opening  |Job Opening List

EEOC v. OHC 04391



# Job Opening

| | | | |
|---|---|---|---|
| **Posting Title:** | Sitter | **Job Opening ID:** | 902594 |
| **Job Opening Status:** | 110-Filled/Closed | **Job Type:** | Standard |
| **Job Title:** | Patient Companion | **Job Code:** | 6019 |
| **Position Number:** | 00021652  Cardiac Sonographer | | |
| **Business Unit:** | GTHSP  Grant Medical Center | | |

**HCS Job Family** Technical Professional

**HCS Job Type** Non-clinic

**Job Profile ID:**

---

💾 Save     📝 Create New     Previous Job Opening  |Next Job Opening  |Job Opening List

**Manage Applicants** | **Find Applicants** | **Activity & Attachments** | Job Opening Details

| Job Details | Job Posting | Education | License/Certs | Competencies |
|---|---|---|---|---|
| Screening | Employment Team | Approvals | | |

**Opening Information**

| | | |
|---|---|---|
| **Job Opening Type:** | Standard Requisition | |
| **Created By:** | 24214 | Terri Martin |
| **Created:** | 12/04/2009 | |
| **Openings to Fill:** | Limited | |
| **Target Openings:** | 1 | |
| **Available Openings:** | 0 | |
| **Establishment ID** | | |
| **Business Unit:** | GTHSP | Grant Medical Center |
| **Position Number:** | 00021652 | Cardiac Sonographer |
| **Job Code:** | 6019 | Patient Companion |
| **Company:** | 010 | OhioHealth Corporation |
| **Department:** | 26150 | Response Team |
| **Location:** | GMC001 | Grant Medical Center |
| **Recruiting Location:** | 1 | Grant Medical Center |
| | Add Additional Locations | |
| **Status Code:** | 110-Filled/Closed | |
| **Status Reason:** | | |

EEOC v. OHC 04394

|                        | 02/01/2010 |
|------------------------|------------|
| **Desired Start Date:** | 12/04/2009 |
| **Encumb. Dt:**        |            |
| **Projected Fill Date:** |          |
| **Date Authorized:**   | 12/10/2009 |
| **Referral Program ID:** | Base     |
| **Recruitment Contact:** |          |

| **Employees Being Replaced** | Customize \| Find \| 🎞 | First ◀ 1 of 1 ▶ Last |
|------------------------------|------------------------|------------------------|
| **Name**                     |                        | **EmplID**             |

➕ Add Employees Being Replaced

| **Additional Job Specifications** | Find \| View All | First ◀ 1 of 1 ▶ Last |
|---|---|---|

**Staffing Information**

| **Region:** | USA |
|-------------|-----|
| **Schedule Type:** | Contingent |
| **Regular/Temporary:** | Regular |
| **Begin Date:** | |
| **End Date:** | |
| **Shift:** | day |
| **Hours:** | 1.00 |
| **Work Period:** | Weekly |
| **Travel Percentage:** | None |
| **FLSA Status:** | |

**Salary Information**

| **Salary Admin Plan:** | OHS | |
|------------------------|-----|---|
| **From Grade:** | 313 | |
| **From Step:** | | |
| **To Grade:** | | |
| **To Step:** | | |
| **Salary Range From:** | 9.130000 | (Default From Job Code) |
| **Salary Range To:** | 13.750000 | (Default From Job Code) |
| **Pay Frequency:** | Hour | |
| **Currency:** | US Dollar | |

| | Find \| View All | First ◀ 1 of 1 ▶ Last |
|---|---|---|

EEOC v. OHC 04395

| Job Details | Job Posting | Education | License/Certs | Competencies |
| Screening | Employment Team | Approvals | | |

Manage Applicants | Find Applicants | Activity & Attachments | Job Opening Details

📇 Save          📇 Create New       Previous Job Opening  |Next Job Opening  |Job Opening List

EEOC v. OHC 04396

# Job Opening

| | | | |
|---|---|---|---|
| **Posting Title:** | Sitter | **Job Opening ID:** | 902595 |
| **Job Opening Status:** | 110-Filled/Closed | **Job Type:** | Standard |
| **Job Title:** | Patient Companion | **Job Code:** | 6019 |
| **Position Number:** | 00021652   Cardiac Sonographer | | |
| **Business Unit:** | GTHSP   Grant Medical Center | | |

| | |
|---|---|
| **HCS Job Family** | Technical Professional |
| **HCS Job Type** | Non-clinic |

**Job Profile ID:**

---

🖫 Save      📑 Create New      Previous Job Opening  |Next Job Opening  |Job Opening List

---

Manage Applicants | Find Applicants | Activity & Attachments | Job Opening Details

| Job Details | Job Posting | Education | License/Certs | Competencies |
|---|---|---|---|---|
| Screening | Employment Team | Approvals | | |

**Opening Information**

| | | |
|---|---|---|
| **Job Opening Type:** | Standard Requisition | |
| **Created By:** | 24214 | Terri Martin |
| **Created:** | 12/04/2009 | |
| **Openings to Fill:** | Limited | |
| **Target Openings:** | 1 | |
| **Available Openings:** | 0 | |
| **Establishment ID** | | |
| **Business Unit:** | GTHSP | Grant Medical Center |
| **Position Number:** | 00021652 | Cardiac Sonographer |
| **Job Code:** | 6019 | Patient Companion |
| **Company:** | 010 | OhioHealth Corporation |
| **Department:** | 26150 | Response Team |
| **Location:** | GMC001 | Grant Medical Center |
| **Recruiting Location:** | 1 | Grant Medical Center |
| | Add Additional Locations | |
| **Status Code:** | 110-Filled/Closed | |
| **Status Reason:** | | |

EEOC v. OHC 04399

|                      | 02/05/2010 |
|----------------------|------------|
| Desired Start Date:  | 12/04/2009 |
| Encumb. Dt:          |            |
| Projected Fill Date: |            |
| Date Authorized:     | 12/10/2009 |
| Referral Program ID: | Base       |
| Recruitment Contact: |            |

| Employees Being Replaced | Customize | Find | 🔢    First ◀ 1 of 1 ▶ Last |
|--------------------------|------------------------------------------------|
| **Name**                 | **EmplID**                                     |

➕ Add Employees Being Replaced

### Additional Job Specifications             Find | View All    First ◀ 1 of 1 ▶ Last

#### Staffing Information

| Region:            | USA        |
|--------------------|------------|
| Schedule Type:     | Contingent |
| Regular/Temporary: | Regular    |
| Begin Date:        |            |
| End Date:          |            |
| Shift:             | day        |
| Hours:             | 1.00       |
| Work Period:       | Weekly     |
| Travel Percentage: | None       |
| FLSA Status:       |            |

#### Salary Information

| Salary Admin Plan: | OHS       |          |                          |
|--------------------|-----------|----------|--------------------------|
| From Grade:        | 313       |          |                          |
| From Step:         |           |          |                          |
| To Grade:          |           |          |                          |
| To Step:           |           |          |                          |
| Salary Range From: |           | 9.130000 | (Default From Job Code)  |
| Salary Range To:   |           | 13.750000| (Default From Job Code)  |
| Pay Frequency:     | Hour      |          |                          |
| Currency:          | US Dollar |          |                          |

Find | View All    First ◀ 1 of 1 ▶ Last

EEOC v. OHC 04400

| Job Details | Job Posting | Education | License/Certs | Competencies |
| Screening | Employment Team | Approvals | | |

Manage Applicants | Find Applicants | Activity & Attachments | Job Opening Details

Save          Create New     Previous Job Opening  |Next Job Opening  |Job Opening List

EEOC v. OHC 04401



# Job Opening

| | | | |
|---|---|---|---|
| **Posting Title:** | Sitter | **Job Opening ID:** | 902598 |
| **Job Opening Status:** | 110-Filled/Closed | **Job Type:** | Standard |
| **Job Title:** | Patient Companion | **Job Code:** | 6019 |
| **Position Number:** | 00021652  Cardiac Sonographer | | |
| **Business Unit:** | GTHSP  Grant Medical Center | | |

**HCS Job Family** Technical Professional

**HCS Job Type** Non-clinic

**Job Profile ID:**

---

🖫 Save          📝 Create New          Previous Job Opening  |Next Job Opening  |Job Opening List

Manage Applicants | Find Applicants | Activity & Attachments | Job Opening Details

| Job Details | Job Posting | Education | License/Certs | Competencies |
|---|---|---|---|---|
| Screening | Employment Team | Approvals | | |

**Opening Information**

| | | | |
|---|---|---|---|
| **Job Opening Type:** | Standard Requisition | | |
| **Created By:** | 24214 | Terri Martin | |
| **Created:** | 12/04/2009 | | |
| **Openings to Fill:** | Limited | | |
| **Target Openings:** | 1 | | |
| **Available Openings:** | 0 | | |
| **Establishment ID** | | | |
| **Business Unit:** | GTHSP | Grant Medical Center | |
| **Position Number:** | 00021652 | Cardiac Sonographer | |
| **Job Code:** | 6019 | Patient Companion | |
| **Company:** | 010 | OhioHealth Corporation | |
| **Department:** | 26150 | Response Team | |
| **Location:** | GMC001 | Grant Medical Center | |
| **Recruiting Location:** | 1 | Grant Medical Center | |
| | Add Additional Locations | | |
| **Status Code:** | 110-Filled/Closed | | |
| **Status Reason:** | | | |

EEOC v. OHC 04409

|  | 02/01/2010 |
| --- | --- |
| **Desired Start Date:** | 12/04/2009 |
| **Encumb. Dt:** | |
| **Projected Fill Date:** | |
| **Date Authorized:** | 12/10/2009 |
| **Referral Program ID:** | Base |
| **Recruitment Contact:** | |

| **Employees Being Replaced** | Customize | Find | ▦   First ◄ 1 of 1 ► Last |
| --- | --- |
| **Name** | **EmplID** |

⊞ Add Employees Being Replaced

**Additional Job Specifications**      Find | View All    First ◄ 1 of 1 ► Last

**Staffing Information**

| **Region:** | USA |
| --- | --- |
| **Schedule Type:** | Contingent |
| **Regular/Temporary:** | Regular |
| **Begin Date:** | |
| **End Date:** | |
| **Shift:** | day |
| **Hours:** | 1.00 |
| **Work Period:** | Weekly |
| **Travel Percentage:** | None |
| **FLSA Status:** | |

**Salary Information**

| **Salary Admin Plan:** | OHS | |
| --- | --- | --- |
| **From Grade:** | 313 | |
| **From Step:** | | |
| **To Grade:** | | |
| **To Step:** | | |
| **Salary Range From:** | 9.130000 | (Default From Job Code) |
| **Salary Range To:** | 13.750000 | (Default From Job Code) |
| **Pay Frequency:** | Hour | |
| **Currency:** | US Dollar | |

Find | View All    First ◄ 1 of 1 ► Last

EEOC v. OHC 04410

| Job Details | Job Posting | Education | License/Certs | Competencies |
|---|---|---|---|---|
| Screening | Employment Team | Approvals | | |

Manage Applicants | Find Applicants | Activity & Attachments | Job Opening Details

Save          Create New          Previous Job Opening   |Next Job Opening   |Job Opening List

EEOC v. OHC 04411



# Job Opening

| | | | |
|---|---|---|---|
| **Posting Title:** | Sitter | **Job Opening ID:** | 902600 |
| **Job Opening Status:** | 110-Filled/Closed | **Job Type:** | Standard |
| **Job Title:** | Patient Companion | **Job Code:** | 6019 |
| **Position Number:** | 00021652   Cardiac Sonographer | | |
| **Business Unit:** | GTHSP   Grant Medical Center | | |
| | | **HCS Job Family** | Technical Professional |
| | | **HCS Job Type** | Non-clinic |

**Job Profile ID:**

🖫 Save          📑 Create New          Previous Job Opening  |Next Job Opening  |Job Opening List

Manage Applicants | Find Applicants | Activity & Attachments | Job Opening Details

| Job Details | Job Posting | Education | License/Certs | Competencies |
|---|---|---|---|---|
| Screening | Employment Team | Approvals | | |

**Opening Information**

| | | |
|---|---|---|
| **Job Opening Type:** | Standard Requisition | |
| **Created By:** | 24214 | Terri Martin |
| **Created:** | 12/04/2009 | |
| **Openings to Fill:** | Limited | |
| **Target Openings:** | 1 | |
| **Available Openings:** | 0 | |
| **Establishment ID** | | |
| **Business Unit:** | GTHSP | Grant Medical Center |
| **Position Number:** | 00021652 | Cardiac Sonographer |
| **Job Code:** | 6019 | Patient Companion |
| **Company:** | 010 | OhioHealth Corporation |
| **Department:** | 26150 | Response Team |
| **Location:** | GMC001 | Grant Medical Center |
| **Recruiting Location:** | 1 | Grant Medical Center |
| | Add Additional Locations | |
| **Status Code:** | 110-Filled/Closed | |
| **Status Reason:** | | |

EEOC v. OHC 04413

|  | 02/01/2010 |
|---|---|
| **Desired Start Date:** | 12/04/2009 |
| **Encumb. Dt:** | |
| **Projected Fill Date:** | |
| **Date Authorized:** | 12/10/2009 |
| **Referral Program ID:** | Base |
| **Recruitment Contact:** | |

**Employees Being Replaced**      Customize | Find | 🏢      First ◄ 1 of 1 ► Last
**Name**      **EmplID**

⊞ Add Employees Being Replaced

**Additional Job Specifications**      Find | View All      First ◄ 1 of 1 ► Last

**Staffing Information**

| **Region:** | USA |
|---|---|
| **Schedule Type:** | Contingent |
| **Regular/Temporary:** | Regular |
| **Begin Date:** | |
| **End Date:** | |
| **Shift:** | day |
| **Hours:** | 1.00 |
| **Work Period:** | Weekly |
| **Travel Percentage:** | None |
| **FLSA Status:** | |

**Salary Information**

| **Salary Admin Plan:** | OHS | | |
|---|---|---|---|
| **From Grade:** | 313 | | |
| **From Step:** | | | |
| **To Grade:** | | | |
| **To Step:** | | | |
| **Salary Range From:** | | 9.130000 | (Default From Job Code) |
| **Salary Range To:** | | 13.750000 | (Default From Job Code) |
| **Pay Frequency:** | Hour | | |
| **Currency:** | US Dollar | | |

Find | View All      First ◄ 1 of 1 ► Last

EEOC v. OHC 04414

| Job Details | Job Posting | Education | License/Certs | Competencies |
|---|---|---|---|---|
| Screening | Employment Team | Approvals | | |

Manage Applicants | Find Applicants | Activity & Attachments | Job Opening Details

🖫 Save          📑 Create New          Previous Job Opening  |Next Job Opening  |Job Opening List

EEOC v. OHC 04415



# Job Opening

| | | | |
|---|---|---|---|
| **Posting Title:** | Sitter | **Job Opening ID:** | 902604 |
| **Job Opening Status:** | 110-Filled/Closed | **Job Type:** | Standard |
| **Job Title:** | Patient Companion | **Job Code:** | 6019 |
| **Position Number:** | 00021652   Cardiac Sonographer | | |
| **Business Unit:** | GTHSP   Grant Medical Center | | |

**HCS Job Family** Technical Professional

**HCS Job Type** Non-clinic

**Job Profile ID:**

---

📷 Save        📄 Create New        Previous Job Opening   |Next Job Opening   |Job Opening List

---

Manage Applicants | Find Applicants | Activity & Attachments | Job Opening Details

| | | | | |
|---|---|---|---|---|
| Job Details | Job Posting | Education | License/Certs | Competencies |
| Screening | Employment Team | Approvals | | |

**Opening Information**

| | |
|---|---|
| **Job Opening Type:** | Standard Requisition |
| **Created By:** | 24214        Terri Martin |
| **Created:** | 12/04/2009 |
| **Openings to Fill:** | Limited |
| **Target Openings:** | 1 |
| **Available Openings:** | 0 |
| **Establishment ID** | |
| **Business Unit:** | GTHSP        Grant Medical Center |
| **Position Number:** | 00021652        Cardiac Sonographer |
| **Job Code:** | 6019        Patient Companion |
| **Company:** | 010        OhioHealth Corporation |
| **Department:** | 26150        Response Team |
| **Location:** | GMC001        Grant Medical Center |
| **Recruiting Location:** | 1        Grant Medical Center |
| | Add Additional Locations |
| **Status Code:** | 110-Filled/Closed |
| **Status Reason:** | |

EEOC v. OHC 04428

|  | 02/01/2010 |
|---|---|
| **Desired Start Date:** | 12/04/2009 |
| **Encumb. Dt:** | |
| **Projected Fill Date:** | |
| **Date Authorized:** | 12/10/2009 |
| **Referral Program ID:** | Base |
| **Recruitment Contact:** | |

| **Employees Being Replaced** | Customize \| Find \| ▦ | First ◁ 1 of 1 ▷ Last |
|---|---|---|
| **Name** | | **EmplID** |

⊞ Add Employees Being Replaced

| **Additional Job Specifications** | Find \| View All | First ◁ 1 of 1 ▷ Last |
|---|---|---|

| **Staffing Information** | |
|---|---|
| **Region:** | USA |
| **Schedule Type:** | Contingent |
| **Regular/Temporary:** | Regular |
| **Begin Date:** | |
| **End Date:** | |
| **Shift:** | day |
| **Hours:** | 1.00 |
| **Work Period:** | Weekly |
| **Travel Percentage:** | None |
| **FLSA Status:** | |

| **Salary Information** | | |
|---|---|---|
| **Salary Admin Plan:** | OHS | |
| **From Grade:** | 313 | |
| **From Step:** | | |
| **To Grade:** | | |
| **To Step:** | | |
| **Salary Range From:** | 9.130000 | (Default From Job Code) |
| **Salary Range To:** | 13.750000 | (Default From Job Code) |
| **Pay Frequency:** | Hour | |
| **Currency:** | US Dollar | |

| | Find \| View All | First ◁ 1 of 1 ▷ Last |
|---|---|---|

EEOC v. OHC 04429

| Job Details | Job Posting | Education | License/Certs | Competencies |
|---|---|---|---|---|
| Screening | Employment Team | Approvals | | |

Manage Applicants | Find Applicants | Activity & Attachments | Job Opening Details

Save          Create New          Previous Job Opening  |Next Job Opening  |Job Opening List

EEOC v. OHC 04430



# Job Opening

| | | | |
|---|---|---|---|
| **Posting Title:** | Sitter | **Job Opening ID:** | 902606 |
| **Job Opening Status:** | 110-Filled/Closed | **Job Type:** | Standard |
| **Job Title:** | Patient Companion | **Job Code:** | 6019 |
| **Position Number:** | 00021652 Cardiac Sonographer | | |
| **Business Unit:** | GTHSP Grant Medical Center | | |

| | |
|---|---|
| **HCS Job Family** | Technical Professional |
| **HCS Job Type** | Non-clinic |

**Job Profile ID:**

---

💾 Save          📄 Create New      Previous Job Opening  | Next Job Opening  | Job Opening List

---

Manage Applicants | Find Applicants | Activity & Attachments | Job Opening Details

| Job Details | Job Posting | Education | License/Certs | Competencies |
|---|---|---|---|---|
| Screening | Employment Team | Approvals | | |

**Opening Information**

| | | |
|---|---|---|
| **Job Opening Type:** | Standard Requisition | |
| **Created By:** | 24214 | Terri Martin |
| **Created:** | 12/04/2009 | |
| **Openings to Fill:** | Limited | |
| **Target Openings:** | 1 | |
| **Available Openings:** | 0 | |
| **Establishment ID** | | |
| **Business Unit:** | GTHSP | Grant Medical Center |
| **Position Number:** | 00021652 | Cardiac Sonographer |
| **Job Code:** | 6019 | Patient Companion |
| **Company:** | 010 | OhioHealth Corporation |
| **Department:** | 26150 | Response Team |
| **Location:** | GMC001 | Grant Medical Center |
| **Recruiting Location:** | 1 | Grant Medical Center |
| | Add Additional Locations | |
| **Status Code:** | 110-Filled/Closed | |
| **Status Reason:** | | |

EEOC v. OHC 04433

|                          | 02/01/2010  |
| ------------------------ | ----------- |
| **Desired Start Date:**  | 12/04/2009  |
| **Encumb. Dt:**          |             |
| **Projected Fill Date:** |             |
| **Date Authorized:**     | 12/10/2009  |
| **Referral Program ID:** | Base        |
| **Recruitment Contact:** |             |

| Employees Being Replaced | Customize \| Find \| 🔳 | First ◁ 1 of 1 ▷ Last |
| ------------------------ | ----------------------- | --------------------- |
| **Name**                 |                         | **EmplID**            |

➕ Add Employees Being Replaced

| Additional Job Specifications | | Find \| View All | First ◁ 1 of 1 ▷ Last |
| --- | --- | --- | --- |

**Staffing Information**

| **Region:**             | USA        |
| ----------------------- | ---------- |
| **Schedule Type:**      | Contingent |
| **Regular/Temporary:**  | Regular    |
| **Begin Date:**         |            |
| **End Date:**           |            |
| **Shift:**              | day        |
| **Hours:**              | 1.00       |
| **Work Period:**        | Weekly     |
| **Travel Percentage:**  | None       |
| **FLSA Status:**        |            |

**Salary Information**

| **Salary Admin Plan:** | OHS       |           |                           |
| ---------------------- | --------- | --------- | ------------------------- |
| **From Grade:**        | 313       |           |                           |
| **From Step:**         |           |           |                           |
| **To Grade:**          |           |           |                           |
| **To Step:**           |           |           |                           |
| **Salary Range From:** |           | 9.130000  | (Default From Job Code)   |
| **Salary Range To:**   |           | 13.750000 | (Default From Job Code)   |
| **Pay Frequency:**     | Hour      |           |                           |
| **Currency:**          | US Dollar |           |                           |

Find | View All          First ◁ 1 of 1 ▷ Last

EEOC v. OHC 04434

| Job Details | Job Posting | Education | License/Certs | Competencies |
| Screening | Employment Team | Approvals | | |

Manage Applicants | Find Applicants | Activity & Attachments | Job Opening Details

⊞ Save        ⊞ Create New        Previous Job Opening  |Next Job Opening  |Job Opening List

EEOC v. OHC 04435



# Job Opening

| | | | |
|---|---|---|---|
| **Posting Title:** | Sitter | **Job Opening ID:** | 902607 |
| **Job Opening Status:** | 110-Filled/Closed | **Job Type:** | Standard |
| **Job Title:** | Patient Companion | **Job Code:** | 6019 |
| **Position Number:** | 00021652  Cardiac Sonographer | | |
| **Business Unit:** | GTHSP  Grant Medical Center | | |
| | | **HCS Job Family** | Technical Professional |
| | | **HCS Job Type** | Non-clinic |

**Job Profile ID:**

---

🖫 Save          📑 Create New     Previous Job Opening  |Next Job Opening  |Job Opening List

---

Manage Applicants | Find Applicants | Activity & Attachments | Job Opening Details

| | | | | |
|---|---|---|---|---|
| Job Details | Job Posting | Education | License/Certs | Competencies |
| Screening | Employment Team | Approvals | | |

**Opening Information**

| | | |
|---|---|---|
| **Job Opening Type:** | Standard Requisition | |
| **Created By:** | 24214 | Terri Martin |
| **Created:** | 12/04/2009 | |
| **Openings to Fill:** | Limited | |
| **Target Openings:** | 1 | |
| **Available Openings:** | 0 | |
| **Establishment ID** | | |
| **Business Unit:** | GTHSP | Grant Medical Center |
| **Position Number:** | 00021652 | Cardiac Sonographer |
| **Job Code:** | 6019 | Patient Companion |
| **Company:** | 010 | OhioHealth Corporation |
| **Department:** | 26150 | Response Team |
| **Location:** | GMC001 | Grant Medical Center |
| **Recruiting Location:** | 1 | Grant Medical Center |
| | Add Additional Locations | |

| | |
|---|---|
| **Status Code:** | 110-Filled/Closed |
| **Status Reason:** | |

EEOC v. OHC 04438

|                          | 02/01/2010 |
|--------------------------|------------|
| **Desired Start Date:**  | 12/04/2009 |
| **Encumb. Dt:**          |            |
| **Projected Fill Date:** |            |
| **Date Authorized:**     | 12/10/2009 |
| **Referral Program ID:** | Base       |
| **Recruitment Contact:** |            |

| Employees Being Replaced | Customize \| Find \| 🏢   First ◀ 1 of 1 ▶ Last |
|--------------------------|-----------------------------------------------|
| **Name**                 | **EmplID**                                    |

⊞ Add Employees Being Replaced

### Additional Job Specifications
Find \| View All   First ◀ 1 of 1 ▶ Last

#### Staffing Information

| Region:             | USA        |
|---------------------|------------|
| Schedule Type:      | Contingent |
| Regular/Temporary:  | Regular    |
| Begin Date:         |            |
| End Date:           |            |
| Shift:              | day        |
| Hours:              | 1.00       |
| Work Period:        | Weekly     |
| Travel Percentage:  | None       |
| FLSA Status:        |            |

#### Salary Information

| Salary Admin Plan:  | OHS        |            |                          |
|---------------------|------------|------------|--------------------------|
| From Grade:         | 313        |            |                          |
| From Step:          |            |            |                          |
| To Grade:           |            |            |                          |
| To Step:            |            |            |                          |
| Salary Range From:  |            | 9.130000   | (Default From Job Code)  |
| Salary Range To:    |            | 13.750000  | (Default From Job Code)  |
| Pay Frequency:      | Hour       |            |                          |
| Currency:           | US Dollar  |            |                          |

Find \| View All   First ◀ 1 of 1 ▶ Last

EEOC v. OHC 04439

| Job Details | Job Posting | Education | License/Certs | Competencies |
| Screening | Employment Team | Approvals | | |

Manage Applicants | Find Applicants | Activity & Attachments | Job Opening Details

Save          Create New      Previous Job Opening  |Next Job Opening  |Job Opening List

EEOC v. OHC 04440



# Job Opening

| | | | |
|---|---|---|---|
| **Posting Title:** | Sitter | **Job Opening ID:** | 902609 |
| **Job Opening Status:** | 110-Filled/Closed | **Job Type:** | Standard |
| **Job Title:** | Patient Companion | **Job Code:** | 6019 |
| **Position Number:** | 00021652   Cardiac Sonographer | | |
| **Business Unit:** | GTHSP   Grant Medical Center | | |

| | |
|---|---|
| **HCS Job Family** | Technical Professional |
| **HCS Job Type** | Non-clinic |

**Job Profile ID:**

---

🖫 Save        📑 Create New        Previous Job Opening  |Next Job Opening  |Job Opening List

**Manage Applicants** | **Find Applicants** | **Activity & Attachments** | Job Opening Details

| Job Details | Job Posting | Education | License/Certs | Competencies |
|---|---|---|---|---|
| Screening | Employment Team | Approvals | | |

**Opening Information**

| | | |
|---|---|---|
| **Job Opening Type:** | Standard Requisition | |
| **Created By:** | 24214 | Terri Martin |
| **Created:** | 12/04/2009 | |
| **Openings to Fill:** | Limited | |
| **Target Openings:** | 1 | |
| **Available Openings:** | 0 | |
| **Establishment ID** | | |
| **Business Unit:** | GTHSP | Grant Medical Center |
| **Position Number:** | 00021652 | Cardiac Sonographer |
| **Job Code:** | 6019 | Patient Companion |
| **Company:** | 010 | OhioHealth Corporation |
| **Department:** | 26150 | Response Team |
| **Location:** | GMC001 | Grant Medical Center |
| **Recruiting Location:** | 1 | Grant Medical Center |
| | Add Additional Locations | |
| **Status Code:** | 110-Filled/Closed | |
| **Status Reason:** | | |

EEOC v. OHC 04443

|                          | 02/05/2010 |
|--------------------------|------------|
| **Desired Start Date:**  | 12/04/2009 |
| **Encumb. Dt:**          |            |
| **Projected Fill Date:** |            |
| **Date Authorized:**     | 12/10/2009 |
| **Referral Program ID:** | Base       |
| **Recruitment Contact:** |            |

| **Employees Being Replaced** | Customize \| Find \| 🏛 | First ◄ 1 of 1 ► Last |
|------------------------------|------------------------|----------------------|
| **Name**                     |                        | **EmplID**           |

⊞ Add Employees Being Replaced

| **Additional Job Specifications** | Find \| View All | First ◄ 1 of 1 ► Last |

**Staffing Information**

| **Region:**             | USA        |
|-------------------------|------------|
| **Schedule Type:**      | Contingent |
| **Regular/Temporary:**  | Regular    |
| **Begin Date:**         |            |
| **End Date:**           |            |
| **Shift:**              | day        |
| **Hours:**              | 1.00       |
| **Work Period:**        | Weekly     |
| **Travel Percentage:**  | None       |
| **FLSA Status:**        |            |

**Salary Information**

| **Salary Admin Plan:**  | OHS       |           |                           |
|-------------------------|-----------|-----------|---------------------------|
| **From Grade:**         | 313       |           |                           |
| **From Step:**          |           |           |                           |
| **To Grade:**           |           |           |                           |
| **To Step:**            |           |           |                           |
| **Salary Range From:**  |           | 9.130000  | (Default From Job Code)   |
| **Salary Range To:**    |           | 13.750000 | (Default From Job Code)   |
| **Pay Frequency:**      | Hour      |           |                           |
| **Currency:**           | US Dollar |           |                           |

Find | View All     First ◄ 1 of 1 ► Last

EEOC v. OHC 04444

| Job Details | Job Posting | Education | License/Certs | Competencies |
|---|---|---|---|---|
| Screening | Employment Team | Approvals | | |

Manage Applicants | Find Applicants | Activity & Attachments | Job Opening Details

💾 Save        📑 Create New        Previous Job Opening  |Next Job Opening  |Job Opening List

EEOC v. OHC 04445



# Job Opening

| | | | |
|---|---|---|---|
| **Posting Title:** | Food Svce Worker | **Job Opening ID:** | 902612 |
| **Job Opening Status:** | 110-Filled/Closed | **Job Type:** | Standard |
| **Job Title:** | | **Job Code:** | 6084 |
| **Position Number:** | 00011312 | | |
| **Business Unit:** | DRHSP  Doctors Hospital | | |
| | | **HCS Job Family** | |
| | | **HCS Job Type** | |
| **Job Profile ID:** | BASE | OhioHealth Base Profile | |

📧 Save      📄 Create New      Previous Job Opening  |Next Job Opening  |Job Opening List

Manage Applicants | Find Applicants | Activity & Attachments | Job Opening Details

| Job Details | Job Posting | Education | License/Certs | Competencies |
|---|---|---|---|---|
| Screening | Employment Team | Approvals | | |

**Opening Information**

| | | |
|---|---|---|
| **Job Opening Type:** | Standard Requisition | |
| **Created By:** | 58568 | Niles Gebele |
| **Created:** | 12/04/2009 | |
| **Openings to Fill:** | Limited | |
| **Target Openings:** | 3 | |
| **Available Openings:** | 0 | |
| **Establishment ID** | | |
| **Business Unit:** | DRHSP | Doctors Hospital |
| **Position Number:** | 00011312 | |
| **Job Code:** | 6084 | |
| **Company:** | 010 | OhioHealth Corporation |
| **Department:** | 83010 | Nutrition Services |
| **Location:** | DRW001 | Doctors Hospital |
| **Recruiting Location:** | 54 | Doctors Hospital |
| | Add Additional Locations | |
| **Status Code:** | 110-Filled/Closed | |
| **Status Reason:** | | |
| **Status Date:** | 03/23/2010 | |

EEOC v. OHC 04453

| Desired Start Date: | 12/04/2009 |
| Encumb. Dt: | |
| Projected Fill Date: | |
| Date Authorized: | 12/07/2009 |
| Referral Program ID: | Base |
| Recruitment Contact: | |

**Employees Being Replaced**        Customize | Find | 🔲    First ◀ 1 of 1 ▶ Last

| Name | EmplID |
|------|--------|
| Lobna Ali | 60330 |

⊞ Add Employees Being Replaced

**Additional Job Specifications**        Find | View All    First ◀ 1 of 1 ▶ Last

**Staffing Information**

| Region: | USA |
| Schedule Type: | Contingent |
| Regular/Temporary: | Regular |
| Begin Date: | |
| End Date: | |
| Shift: | day |
| Hours: | 1.00 |
| Work Period: | Weekly |
| Travel Percentage: | None |
| FLSA Status: | |

**Salary Information**

| Salary Admin Plan: | OHS |
| From Grade: | 313 |
| From Step: | |
| To Grade: | |
| To Step: | |
| Salary Range From: | 9.130000 | (Default From Job Code) |
| Salary Range To: | 13.750000 | (Default From Job Code) |
| Pay Frequency: | Hour |
| Currency: | US Dollar |

Find | View All    First ◀ 1 of 1 ▶ Last

Job Details    **Job Posting**    Education    License/Certs    Competencies

EEOC v. OHC 04454

Screening        Employment Team  Approvals

Manage Applicants | Find Applicants | Activity & Attachments | Job Opening Details

🖫 Save          📇 Create New      Previous Job Opening  | Next Job Opening  | Job Opening List

EEOC v. OHC 04455



# Job Opening

| | | | |
|---|---|---|---|
| **Posting Title:** | Patient Support Assistant | **Job Opening ID:** | 902621 |
| **Job Opening Status:** | 110-Filled/Closed | **Job Type:** | Standard |
| **Job Title:** | Patient Support Assistant | **Job Code:** | 5056 |
| **Position Number:** | 00016457 | | |
| **Business Unit:** | GYHSP   Grady Memorial | | |

**HCS Job Family** Patient Care
**HCS Job Type** Clinical

**Job Profile ID:**

---

🖫 Save          📇 Create New          Previous Job Opening   |Next Job Opening  |Job Opening List

Manage Applicants | Find Applicants | Activity & Attachments | Job Opening Details

| Job Details | Job Posting | Education | License/Certs | Competencies |
|---|---|---|---|---|
| Screening | Employment Team | Approvals | | |

**Opening Information**

| | | |
|---|---|---|
| **Job Opening Type:** | Standard Requisition | |
| **Created By:** | 51499 | Marianne Ciccolella |
| **Created:** | 12/07/2009 | |
| **Openings to Fill:** | Limited | |
| **Target Openings:** | 1 | |
| **Available Openings:** | 0 | |
| **Establishment ID** | | |
| **Business Unit:** | GYHSP   Grady Memorial | |
| **Position Number:** | 00016457 | |
| **Job Code:** | 5056 | Patient Support Assistant |
| **Company:** | 040 | Grady Memorial Hospital |
| **Department:** | 14400 | Medical Surgical 3 East |
| **Location:** | GMH001 | Grady Memorial Hospital |
| **Recruiting Location:** | 43 | Grady Memorial Hospital |
| | Add Additional Locations | |
| **Status Code:** | 110-Filled/Closed | |
| **Status Reason:** | | |
| **Status Date:** | 12/18/2009 | |

EEOC v. OHC 04473

| | |
|---|---|
| **Desired Start Date:** | 12/07/2009 |
| **Encumb. Dt:** | |
| **Projected Fill Date:** | |
| **Date Authorized:** | 12/10/2009 |
| **Referral Program ID:** | Base |
| **Recruitment Contact:** | |

| Employees Being Replaced | Customize \| Find \| | First ◄ 1 of 1 ► Last |
|---|---|---|
| **Name** | | **EmplID** |
| Esperanza Gonzales | | 64329 |

⊞ Add Employees Being Replaced

**Additional Job Specifications**          Find \| View All          First ◄ 1 of 1 ► Last

**Staffing Information**

| | |
|---|---|
| **Region:** | USA |
| **Schedule Type:** | Full-Time |
| **Regular/Temporary:** | Regular |
| **Begin Date:** | |
| **End Date:** | |
| **Shift:** | day |
| **Hours:** | 36.00 |
| **Work Period:** | Weekly |
| **Travel Percentage:** | None |
| **FLSA Status:** | |

**Salary Information**

| | | |
|---|---|---|
| **Salary Admin Plan:** | OHS | |
| **From Grade:** | 519 | |
| **From Step:** | | |
| **To Grade:** | | |
| **To Step:** | | |
| **Salary Range From:** | 9.980000 | (Default From Job Code) |
| **Salary Range To:** | 16.410000 | (Default From Job Code) |
| **Pay Frequency:** | Hour | |
| **Currency:** | US Dollar | |

Find \| View All          First ◄ 1 of 1 ► Last

| Job Details | Job Posting | Education | License/Certs | Competencies |
|---|---|---|---|---|

EEOC v. OHC 04474

Screening      **Employment Team** **Approvals**

Manage Applicants | Find Applicants | Activity & Attachments | Job Opening Details

🖫 Save      🖳 Create New      Previous Job Opening  |Next Job Opening  |Job Opening List

EEOC v. OHC 04475



# Job Opening

| | | | |
|---|---|---|---|
| **Posting Title:** | Patient Supp Asst/Unit Coord | **Job Opening ID:** | 902645 |
| **Job Opening Status:** | 110-Filled/Closed | **Job Type:** | Standard |
| **Job Title:** | Patient Supp Asst/Unit Coord | **Job Code:** | 5057 |
| **Position Number:** | 00005690 | | |
| **Business Unit:** | RVHSP  Riverside Methodist Hospital | | |
| | | **HCS Job Family** | Patient Care |
| | | **HCS Job Type** | Clinical |
| **Job Profile ID:** | PSA  Patient Services Associate | | |

🖫 Save     📇 Create New     Previous Job Opening  |Next Job Opening  |Job Opening List

Manage Applicants | Find Applicants | Activity & Attachments | Job Opening Details

| Job Details | Job Posting | Education | License/Certs | Competencies |
|---|---|---|---|---|
| Screening | Employment Team | Approvals | | |

| Opening Information | |
|---|---|
| **Job Opening Type:** | Standard Requisition |
| **Created By:** | 34982    Paula Meyers |
| **Created:** | 12/09/2009 |
| **Openings to Fill:** | Limited |
| **Target Openings:** | 1 |
| **Available Openings:** | 0 |
| **Establishment ID** | |
| **Business Unit:** | RVHSP    Riverside Methodist Hospital |
| **Position Number:** | 00005690 |
| **Job Code:** | 5057    Patient Supp Asst/Unit Coord |
| **Company:** | 010    OhioHealth Corporation |
| **Department:** | 17000 |
| **Location:** | RMH001    Riverside Methodist Hospital |
| **Recruiting Location:** | 13    Riverside Methodist Hospital |
| | Add Additional Locations |
| **Status Code:** | 110-Filled/Closed |
| **Status Reason:** | |
| **Status Date:** | 03/03/2010 |

EEOC v. OHC 04522

| | |
|---|---|
| **Desired Start Date:** | 12/09/2009 |
| **Encumb. Dt:** | |
| **Projected Fill Date:** | |
| **Date Authorized:** | 12/15/2009 |
| **Referral Program ID:** | Base |
| **Recruitment Contact:** | |

**Employees Being Replaced**          Customize | Find | ▦     First ◀ 1 of 1 ▶ Last

| Name | EmplID |
|---|---|
| Stephanie Wesley | 61380 |

➕ Add Employees Being Replaced

---

**Additional Job Specifications**          Find | View All     First ◀ 1 of 1 ▶ Last

**Staffing Information**

| | |
|---|---|
| **Region:** | USA |
| **Schedule Type:** | Full-Time |
| **Regular/Temporary:** | Regular |
| **Begin Date:** | |
| **End Date:** | |
| **Shift:** | day |
| **Hours:** | 36.00 |
| **Work Period:** | Weekly |
| **Travel Percentage:** | None |
| **FLSA Status:** | |

**Salary Information**

| | | |
|---|---|---|
| **Salary Admin Plan:** | OHS | |
| **From Grade:** | 520 | |
| **From Step:** | | |
| **To Grade:** | | |
| **To Step:** | | |
| **Salary Range From:** | 10.590000 | (Default From Job Code) |
| **Salary Range To:** | 16.910000 | (Default From Job Code) |
| **Pay Frequency:** | Hour | |
| **Currency:** | US Dollar | |

Find | View All     First ◀ 1 of 1 ▶ Last

---

**Job Details**     **Job Posting**     **Education**     **License/Certs**     **Competencies**

EEOC v. OHC 04523

Screening          **Employment Team** **Approvals**

**Manage Applicants** | **Find Applicants** | **Activity & Attachments** | Job Opening Details

💾 Save          📝 Create New     Previous Job Opening  | Next Job Opening  | Job Opening List

EEOC v. OHC 04524



# Job Opening

| | | | |
|---|---|---|---|
| Posting Title: | Patient Support Assistant | Job Opening ID: | 902648 |
| Job Opening Status: | 110-Filled/Closed | Job Type: | Standard |
| Job Title: | Patient Support Assistant | Job Code: | 5056 |
| Position Number: | 00010564   Patient Support Assistant | | |
| Business Unit: | DRHSP   Doctors Hospital | | |
| | | HCS Job Family | Patient Care |
| | | HCS Job Type | Clinical |

Job Profile ID:

🖫 Save          🗒 Create New          Previous Job Opening   |Next Job Opening   |Job Opening List

Manage Applicants | Find Applicants | Activity & Attachments | Job Opening Details

| Job Details | Job Posting | Education | License/Certs | Competencies |
|---|---|---|---|---|
| Screening | Employment Team | Approvals | | |

**Opening Information**

| | | |
|---|---|---|
| Job Opening Type: | Standard Requisition | |
| Created By: | 62824 | Deborah Wortz |
| Created: | 12/09/2009 | |
| Openings to Fill: | Limited | |
| Target Openings: | 1 | |
| Available Openings: | 0 | |
| Establishment ID | | |
| Business Unit: | DRHSP | Doctors Hospital |
| Position Number: | 00010564 | Patient Support Assistant |
| Job Code: | 5056 | Patient Support Assistant |
| Company: | 010 | OhioHealth Corporation |
| Department: | 14070 | Medical 4th Floor West |
| Location: | DRW001 | Doctors Hospital |
| Recruiting Location: | 54 | Doctors Hospital |
| | Add Additional Locations | |
| Status Code: | 110-Filled/Closed | |
| Status Reason: | | |
| Status Date: | 01/05/2010 | |

EEOC v. OHC 04527

| | |
|---|---|
| **Desired Start Date:** | 12/09/2009 |
| **Encumb. Dt:** | |
| **Projected Fill Date:** | |
| **Date Authorized:** | 12/17/2009 |
| **Referral Program ID:** | Base |
| **Recruitment Contact:** | |

**Employees Being Replaced**     Customize | Find | ▦     First ◀ 1 of 1 ▶ Last

| **Name** | **EmpIID** |
|---|---|
| Karen Johnson | 24062 |

⊞ Add Employees Being Replaced

---

**Additional Job Specifications**     Find | View All     First ◀ 1 of 1 ▶ Last

**Staffing Information**

| | |
|---|---|
| **Region:** | USA |
| **Schedule Type:** | Full-Time |
| **Regular/Temporary:** | Regular |
| **Begin Date:** | |
| **End Date:** | |
| **Shift:** | day |
| **Hours:** | 36.00 |
| **Work Period:** | Weekly |
| **Travel Percentage:** | None |
| **FLSA Status:** | |

**Salary Information**

| | | |
|---|---|---|
| **Salary Admin Plan:** | OHS | |
| **From Grade:** | 519 | |
| **From Step:** | | |
| **To Grade:** | | |
| **To Step:** | | |
| **Salary Range From:** | 9.980000 | (Default From Job Code) |
| **Salary Range To:** | 16.410000 | (Default From Job Code) |
| **Pay Frequency:** | Hour | |
| **Currency:** | US Dollar | |

Find | View All     First ◀ 1 of 1 ▶ Last

---

Job Details     **Job Posting**     Education     **License/Certs**     **Competencies**

EEOC v. OHC 04528