UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,

    Plaintiff,

  v.

OHIOHEALTH CORPORATION d/b/a
RIVERSIDE METHODIST HOSPITALS,

    Defendant.

Case No. 2:13-cv-780
JUDGE GREGORY L. FROST
Magistrate Judge Norah McCann King

## ORDER

On June 29, 2015, the Court issued and Opinion and Order in which it administratively closed this action while the parties engaged in conciliation.  (ECF No. 88, at Page ID # 3088.) The parties have since notified the Court that the conciliation process has resulted in the resolution of this action and have asked the Court to dismiss this case.  Accordingly, pursuant to the parties' agreement, the Court **DISMISSES** this action.  The Clerk shall terminate the case on the docket.

    **IT IS SO ORDERED.**

                               /s/ Gregory L. Frost
                           GREGORY L. FROST
                           UNITED STATES DISTRICT JUDGE